```
                              United States Bankruptcy Court
                               Southern District of Iowa
In re:                                                                    Case No. 20-01358-lmj
Cheryl N Trogdon                                                          Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0863-4          User: auto                  Page 1 of 2                   Date Rcvd: Jul 08, 2020
                              Form ID: 5309A              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db             +Cheryl N Trogdon,    3645 67th Street,    Urbandale, IA 50322-3410
802470159      +AES/PHEAA,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
802470160       AT&T Mobility,    PO Box 64116,    Carol Stream, IL 60197-6416
802470161      +Best Heating & Cooling,    3900 E 14th St #18,    Des Moines, IA 50313-3890
802470170      +CVI SGP Acquisition Trust,    500 Delaware Avenue,    11th Floor,    Wilmington, DE 19801-1490
802470164       Citibank (South Dakota) NA,    PO Box 6191,    Sioux Falls, SD 57117-6191
802470167      +Cornerstone Credit Union v. Cheryl,    414 61st St,    Des Moines, IA 50312-1407
802470169      +Crnstncu,    414 61st St,    Des Moines, IA 50312-1407
802470173      +Dr Jasmine Kim INC,    5938 Ashworth,    West Des Moines, IA 50266-7110
802470176      +Floors Direct,    2239 NW 108th street,    Clive, IA 50325-3705
802470178       GM Financial,    PO Box 783834,    Arlington, TX 76096
802470179      +Green State Credit Union,    2355 Landon RD,    North Liberty, IA 52317-6508
802470180      +Greenstate Credit Unio,    405 S Blairsferry Xing,    Hiawatha, IA 52233-7942
802470181      +Humana Inc,    PO Box 14603,    Lexington, KY 40512-4603
802470184      +MERCHANTS CREDIT ADJUSTERS INC,    c/o Kirk Brumbaugh,    4885 S 118th St Suite 100,
                 Omaha, NE 68137-2241
802470183      +Maximized Living,    1444 NW 124th Ct.,    Clive, IA 50325-8150
802470185      +Midland Credit Managment, Inc.,    PO Box 301030,    Los Angeles, CA 90030-1030
802470190      +Optimal Health,    210 NE Deleware Ave.,    Ankeny, IA 50021-6714
802470191      +Plaza Dental Group,    1089 Jordan Creek Parkway,    Suite 100,    West Des Moines, IA 50266-5829
802470192      +Prestige Financial Svc,    Attn: Bankruptcy,    351 W Opportunity Way,    Draper, UT 84020-1399
802470193       Ready Credit Payment Plan,    PO Box 2873,    Monroe, WI 53566-8073
802470196      +Steven Albert Linder,    330 2ND AVE SOUTH SUITE 350,    Minneapolis, MN 55401-2212
802470202      +TD BANK USA NA VS CHERYL N TROGDON,    330 Second Ave S STE 350,    Minneapolis, MN 55401-2212
802470209     ++TEMPOE   LLC DBA WHY NOT LEASE IT,    ATTN BOB HOLWADEL,    720 EAST PETE ROSE WAY SUITE 400,
                 CINCINNATI OH 45202-3576
               (address filed with court: WhyNot Leasing LLC,    1750 Elm Street Suite 1200,
                 Manchester, NH 03104)
802470206       US Cellular Headquarters,    8410 W Bryn Mawr Suite 700,    Chicago, IL 60631-3486
802470203      +UnityPoint Clinic Corporate Office,    8101 Birchwood Court,    Suite N,
                 Johnston, IA 50131-2930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jake@markslawdm.com Jul 09 2020 01:54:05     Jacob Kerns,   4225 University Ave,
                 Des Moines, IA  50311
tr              EDI: FDFNEIMAN Jul 09 2020 05:53:00     Donald F Neiman,   801 Grand Avenue,   Ste 3700,
                 Des Moines, IA  50309-8004
ust            +E-mail/Text: ustpregion12.dm.ecf@usdoj.gov Jul 09 2020 01:54:18     United States Trustee,
                 Federal Bldg, Room 793,   210 Walnut Street,   Des Moines, IA 50309-2115
802470163      +EDI: CITICORP.COM Jul 09 2020 05:53:00     CITI Bank,   PO Box 6241,
                 Sioux Falls, SD 57117-6241
802470162       EDI: CAPITALONE.COM Jul 09 2020 05:53:00     Capital One,   PO Box 85619,
                 Richmond, VA 23285-5619
802470165       EDI: WFNNB.COM Jul 09 2020 05:53:00     Comenity Bank, Bankruptcy Department,   PO Box 182125,
                 Columbus, OH 43218-2125
802470166      +E-mail/Text: shallberg@cornerstonecreditunion.com Jul 09 2020 01:54:17
                 Cornerstone Credit Union,   414 61st St,   Des Moines, IA 50312-1407
802470168       EDI: CRFRSTNA.COM Jul 09 2020 05:53:00     Credit First,   PO Box 81410,
                 Cleveland, OH 44181-0410
802470171       EDI: DIRECTV.COM Jul 09 2020 05:53:00     Direct TV,   P.O. Box 5007,
                 Carol Stream, IL 60197-5007
802470172       EDI: ESSL.COM Jul 09 2020 05:53:00     Dish Network,   Dept0063,   Palatine, IL 60055-0063
802470174       E-mail/Text: operationsclerk@easypayfinance.com Jul 09 2020 01:54:07     Easy Pay Finance,
                 PO Box 2549,   Carlsbad, CA 92018
802470175       EDI: AMINFOFP.COM Jul 09 2020 05:53:00     First Premier bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
802470177      +EDI: PHINGENESIS Jul 09 2020 05:53:00     Genesis FS Card Services,   PO Box 4477,
                 Beaverton, OR 97076-4401
802470182       E-mail/Text: bncnotices@becket-lee.com Jul 09 2020 01:54:13     Kohl's Credit Card,
                 P.O. Box 2983,   Milwaukee, WI 53201-2983
802470186      +EDI: CBS7AVE Jul 09 2020 05:53:00     Midnight Velvet,   Attn: Bankruptcy,   1112 7th Avenue,
                 Monroe, WI 53566-1364
802470187      +EDI: PHINGENESIS Jul 09 2020 05:53:00     Milestone,   PO Box 4499,   Beaverton, OR 97076-4499
802470188      +EDI: CBS7AVE Jul 09 2020 05:53:00     Montgomery Ward,   1112 7th Ave,   Monroe, WI 53566-1364
802470189       E-mail/Text: bankruptcy@nfm.com Jul 09 2020 01:54:18     Nebraska Furniture Mart,
                 P.O. Box 2335,   Omaha, NE 68103-2335
802470195       E-mail/Text: bankruptcy@snapfinance.com Jul 09 2020 01:54:09     Snap Finance,   1193 W 2400 S,
                 Salt Lake City, UT 84119
802470194       EDI: CBS7AVE Jul 09 2020 05:53:00     Seventh Avenue,   1112 7th Ave,   Monroe, WI 53566-1364
802470198       EDI: RMSC.COM Jul 09 2020 05:53:00     Synchrony Bank,   P.O. Box 965060,
                 Orlando, FL 32896-5060
802470199       EDI: AISTMBL.COM Jul 09 2020 05:53:00     T-Mobile,   PO Box 790047,   Saint Louis, MO 63179
802470200       EDI: WTRRNBANK.COM Jul 09 2020 05:53:00     Target Card Services,   PO Box 660170,
                 Dallas, TX 75266-0170
```

```
District/off: 0863-4          User: auto             Page 2 of 2            Date Rcvd: Jul 08, 2020
                              Form ID: 5309A         Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
802470204        +E-mail/Text: bkdesk@uiccu.org Jul 09 2020 01:54:23      Univ Ia Cu,    Attn: Bankruptcy,
                 Po Box 800,    North Liberty, IA 52317-0800
802470205        +E-mail/Text: bkdesk@uiccu.org Jul 09 2020 01:54:23      University of Iowa Community Credit Unio,
                 PO BOX 800,    North Liberty, IA 52317-0800
802470207         E-mail/Text: pbahen@vibrantcreditunion.org Jul 09 2020 01:54:08      Vibrant Credit Union,
                  1900 52nd Av,    Moline, IL 61265
802470208        +E-mail/Text: inchargehq@westcreekfin.com Jul 09 2020 01:54:36      West Creek Financial,
                  PO Box 5518,    Glen Allen, VA 23058-5518
                                                                                                 TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
802470201     ##+Tate & Kirlin Associates, INC.,    2810 Southampton Road,    Philadelphia, PA 19154-1207
                                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              Donald F Neiman    trusteeneiman@bradshawlaw.com,
               IA02@ecfcbis.com;DFN@trustesolutions.com;DFN@trustesolutions.net
              Jacob Kerns    on behalf of Debtor Cheryl N Trogdon jake@markslawdm.com
              United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| | Information to identify the case: | | | | |
|---|---|---|---|---|---|
| Debtor 1: | **Cheryl N Trogdon** | | Social Security number or ITIN: | xxx–xx–4340 | |
| | First Name  Middle Name  Last Name | | EIN: _ _–_ _ _ _ _ _ _ | | |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | | |
| United States Bankruptcy Court: | Southern District of Iowa | | Date case filed for chapter: | 7 | 7/8/20 |
| Case number: | 20–01358–lmj7 | | | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Cheryl N Trogdon | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3645 67th Street<br>Urbandale, IA 50322 | |
| 4. | **Debtor's attorney**<br>Name and address | Jacob Kerns<br>4225 University Ave<br>Des Moines, IA 50311 | Contact phone (515) 276–7211<br>Email: jake@markslawdm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Donald F Neiman<br>801 Grand Avenue<br>Ste 3700<br>Des Moines, IA 50309–8004 | Contact phone (515) 246–5877<br>Email: trusteeneiman@bradshawlaw.com |

**For more information, see page 2 >**

Debtor **Cheryl N Trogdon**     Case number **20–01358–lmj7**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 110 E. Court Ave.<br>Suite 300<br>Des Moines, IA 50309 | Office Hours: 08:00 AM – 05:00 PM Monday – Friday<br><br>Contact phone (515) 284–6230<br><br>Date: 7/8/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 6, 2020 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Conference call dial in 877–411–0434, Participant Code 5068871** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/5/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** If applicable, 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Cellular phones** | Only attorneys and their employees may carry cell phones and other portable communication devices into hearing locations. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**