United States Bankruptcy Court
Southern District of Iowa

In re:  
Cheryl N Trogdon  
    Debtor(s)

Case No. 20-01358-lmj  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0863-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 06, 2020 | Form ID: 1318 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl N Trogdon, 3645 67th Street, Urbandale, IA 50322-3410 |
| 802470159 | + | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 802470160 | | AT&T Mobility, PO Box 64116, Carol Stream, IL 60197-6416 |
| 802470161 | + | Best Heating & Cooling, 3900 E 14th St #18, Des Moines, IA 50313-3890 |
| 802470170 | + | CVI SGP Acquisition Trust, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |
| 802470164 | | Citibank (South Dakota) NA, PO Box 6191, Sioux Falls, SD 57117-6191 |
| 802470167 | + | Cornerstone Credit Union v. Cheryl, 414 61st St, Des Moines, IA 50312-1407 |
| 802470169 | + | Crnstncu, 414 61st St, Des Moines, IA 50312-1407 |
| 802472811 | | Derek Mann, 1912 34th Street, Des Moines, IA 50310-5238 |
| 802470173 | + | Dr Jasmine Kim INC, 5938 Ashworth, West Des Moines, IA 50266-7110 |
| 802470176 | + | Floors Direct, 2239 NW 108th street, Clive, IA 50325-3705 |
| 802470178 | | GM Financial, PO Box 783834, Arlington, TX 76096 |
| 802470179 | + | Green State Credit Union, 2355 Landon RD, North Liberty, IA 52317-6508 |
| 802470180 | #+ | Greenstate Credit Unio, 405 S Blairsferry Xing, Hiawatha, IA 52233-7942 |
| 802470181 | + | Humana Inc, PO Box 14603, Lexington, KY 40512-4603 |
| 802470184 | + | MERCHANTS CREDIT ADJUSTERS INC, c/o Kirk Brumbaugh, 4005 S 148th St, Omaha, NE 68137-5561 |
| 802470183 | + | Maximized Living, 1444 NW 124th Ct., Clive, IA 50325-8150 |
| 802472815 | + | Merchants Credit Adjusters Inc., c/o Kirk Brumbaugh, 4885 S 118th St., Suite 100, Omaha, NE 68137-2241 |
| 802470185 | + | Midland Credit Managment, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 802470190 | + | Optimal Health, 210 NE Deleware Ave., Ankeny, IA 50021-6714 |
| 802470191 | + | Plaza Dental Group, 1089 Jordan Creek Parkway, Suite 100, West Des Moines, IA 50266-5829 |
| 802470192 | + | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 802470193 | | Ready Credit Payment Plan, PO Box 2873, Monroe, WI 53566-8073 |
| 802470196 | + | Steven Albert Linder, 330 2ND AVE SOUTH SUITE 350, Minneapolis, MN 55401-2212 |
| 802470202 | + | TD BANK USA NA VS CHERYL N TROGDON, 330 Second Ave S STE 350, Minneapolis, MN 55401-2212 |
| 802470209 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, WhyNot Leasing LLC, 1750 Elm Street Suite 1200, Manchester, NH 03104 |
| 802470201 | + | Tate & Kirlin Associates, INC., 580 Middletown Blvd Ste 240, Landhorne, PA 19047-1876 |
| 802470206 | | US Cellular Headquarters, 8410 W Bryn Mawr Suite 700, Chicago, IL 60631-3486 |
| 802470203 | + | UnityPoint Clinic Corporate Office, 8101 Birchwood Court, Suite N, Johnston, IA 50131-2930 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: PHINAMERI.COM | Oct 07 2020 03:18:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 802474937 | EDI: PHINAMERI.COM | Oct 07 2020 03:18:00 | AmeriCredit Financial Services, Inc., dba GM |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Financial, P O Box 183853, Arlington, TX 76096 |
| 802470478 | + | EDI: ATLASACQU.COM | Oct 07 2020 03:18:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 802470163 | + | EDI: CITICORP.COM | Oct 07 2020 03:18:00 | CITI Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 802470162 | | EDI: CAPITALONE.COM | Oct 07 2020 03:18:00 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 802470165 | | EDI: WFNNB.COM | Oct 07 2020 03:18:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 802470166 | + | Email/Text: shallberg@cornerstonecreditunion.com | Oct 07 2020 00:15:00 | Cornerstone Credit Union, 414 61st St, Des Moines, IA 50312-1407 |
| 802470168 | | EDI: CRFRSTNA.COM | Oct 07 2020 03:18:00 | Credit First, PO Box 81410, Cleveland, OH 44181-0410 |
| 802470171 | | EDI: DIRECTV.COM | Oct 07 2020 03:18:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 802470172 | | EDI: ESSL.COM | Oct 07 2020 03:18:00 | Dish Network, Dept0063, Palatine, IL 60055-0063 |
| 802470174 | | Email/Text: operationsclerk@easypayfinance.com | Oct 07 2020 00:14:00 | Easy Pay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 802470175 | | EDI: AMINFOFP.COM | Oct 07 2020 03:18:00 | First Premier bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 802470177 | + | EDI: PHINGENESIS | Oct 07 2020 03:18:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 802470182 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2020 00:15:00 | Kohl's Credit Card, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 802473752 | | EDI: BL-BECKET.COM | Oct 07 2020 03:18:00 | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 802470186 | + | EDI: CBS7AVE | Oct 07 2020 03:18:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 802470187 | + | EDI: PHINGENESIS | Oct 07 2020 03:18:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 802470188 | + | EDI: CBS7AVE | Oct 07 2020 03:18:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 802470189 | | Email/Text: bankruptcy@nfm.com | Oct 07 2020 00:15:00 | Nebraska Furniture Mart, P.O. Box 2335, Omaha, NE 68103-2335 |
| 802470195 | | Email/Text: bankruptcy@snapfinance.com | Oct 07 2020 00:15:00 | Snap Finance, 1193 W 2400 S, Salt Lake City, UT 84119 |
| 802470194 | | EDI: CBS7AVE | Oct 07 2020 03:18:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 802470198 | | EDI: RMSC.COM | Oct 07 2020 03:18:00 | Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |
| 802470199 | | EDI: AISTMBL.COM | Oct 07 2020 03:18:00 | T-Mobile, PO Box 790047, Saint Louis, MO 63179 |
| 802470200 | | EDI: WTRRNBANK.COM | Oct 07 2020 03:18:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 802470204 | + | Email/Text: bkdesk@uiccu.org | Oct 07 2020 00:15:00 | Univ Ia Cu, Attn: Bankruptcy, Po Box 800, North Liberty, IA 52317-0800 |
| 802470205 | + | Email/Text: bkdesk@uiccu.org | Oct 07 2020 00:15:00 | University of Iowa Community Credit Unio, PO BOX 800, North Liberty, IA 52317-0800 |
| 802470207 | | Email/Text: pbahen@vibrantcreditunion.org | Oct 07 2020 00:14:00 | Vibrant Credit Union, 1900 52nd Av, Moline, IL 61265 |

| | | | | |
|---|---|---|---|---|
| 802470208 | + | Email/Text: inchargehq@westcreekfin.com | Oct 07 2020 00:16:00 | West Creek Financial, PO Box 5518, Glen Allen, VA 23058-5518 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| cr | * | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 802473753 | * | Kohl's, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 802472816 | ##+ | Tate & Kirlin Associates, Inc., 2810 Southampton Road, Philadelphia, PA 19154-1207 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald F Neiman | trusteeneiman@bradshawlaw.com IA02@ecfcbis.com;DFN@trustesolutions.com;DFN@trustesolutions.net |
| Jacob Kerns | on behalf of Debtor Cheryl N Trogdon jake@markslawdm.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |

TOTAL: 3

| | | |
|---|---|---|
| Debtor 1 | Cheryl N Trogdon | Social Security number or ITIN xxx–xx–4340 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of Iowa | |
| Case number: | 20–01358–lmj7 | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cheryl N Trogdon

10/6/20                              **By the court:** Judge Lee M. Jackwig
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**